U.S. MAGISTRATE JUDGE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| JESSICA L. DEBOER,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:17-cv-01250-TLF<br><br><br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND<br><br>. |
|---|---|

Based on the parties' stipulated motion to remand (Dkt. 20), it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits and supplemental security income payments under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings.

On remand, the Administrative Law Judge will reweigh the medical opinion evidence; and, if warranted, obtain evidence from a medical expert to address the nature, severity, and functional limitations of the claimant's mental impairments with and without substance abuse; reassess the claimant's residual functional capacity; and, if necessary, obtain supplemental vocational expert evidence at step four and, as warranted, step five of the sequential evaluation

Page 1   ORDER – [2:17-cv-01250-TLF]

process; and, issue a new decision.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 5th day of March, 2018.

Theresa L. Fricke
United States Magistrate Judge

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3708